# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00058-RLV-DSC

| | |
|---|---|
| THE MEDICINES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXELA PHARMSCI, INC. ) | |
| EXELA PHARMA SCIENCES, LLC ) | |
| EXELA HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Robert E. Colletti, Porter F. Fleming and Edgar H. Haug]" (document # 9, 10 and 11) filed April 28, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: May 2, 2014

David S. Cayer
United States Magistrate Judge