IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00058-RLV-DSC

| | |
|---|---|
| THE MEDICINES COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXELA PHARMSCI, INC., )<br>EXELA PHARMA SCIENCES, LLC, )<br>AND )<br>EXELA HOLDINGS, INC., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jeffrey S. Ward, Shane A. Brunner and Stephen R. Howe]" (documents #30, 31 and 32) filed June 3, 2014. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 4, 2014

David S. Cayer
United States Magistrate Judge