# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

THE MEDICINES COMPANY,

Plaintiff,

v.

EXELA PHARMA SCIENCES, LLC,
EXELA PHARMSCI, INC., and
EXELA HOLDINGS, INC.,

Defendants.

Civil Action No. 5:14-cv-00058-RLV-DSC

**ORDER**

Before the Court is the Parties' Joint Motion to Extend the Time to Submit a Response to Exela's Motion to Compel Discovery and to Extend the Claim-Construction Schedule. After conferring with the chambers of the Honorable Richard L. Voorhees, the Joint Motion is **GRANTED**. It is hereby **ORDERED** that

1. Plaintiff's response to Defendants' Motion to Compel Discovery (Dkt. No. 62) is due on February 16, 2015.

2. The claim-construction briefing schedule (Dkt. No. 43) is extended as follows:

| Task | Current Date | New Date |
|---|---|---|
| Close of Claim Construction Discovery | February 12, 2015 | March 16, 2015 |
| File Opening Claim Construction Brief | February 26, 2015 | March 30, 2015 |
| File Responsive Claim Construction Brief | March 12, 2015 | April 13, 2015 |
| File Reply Claim Construction Brief | March 19, 2015 | April 20, 2105 |
| File Sur-reply Claim Construction Brief | March 26, 2015 | April 27, 2015 |
| File Claim Construction Chart | April 2, 2015 | May 4, 2015 |

3. The claim construction hearing is rescheduled for June 22, 2015.

**SO ORDERED.**

**Signed: January 23, 2015**

David S. Cayer
United States Magistrate Judge