IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:14-CV-00058-RLV-DSC

| | |
|---|---|
| THE MEDICINES COMPANY, | : |
| Plaintiff, | : |
| v. | : **ORDER** |
| EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., | : |
| Defendants. | : |

Before the Court is the Parties' Joint Motion to Stay. After conferring with the chambers of the Honorable Richard L. Voorhees and for good cause, the Joint Motion is GRANTED. It is hereby ORDERED that

1. The above-captioned civil action is stayed until the Federal Circuit issues a mandate in *The Medicines Company v. Hospira, Inc.*, 14-1469, 14-1504 (Fed. Cir.) (the "*Hospira* appeal").

2. Within seven days of the Federal Circuit issuing the mandate in the *Hospira* appeal, the parties shall file a status report on how this case should proceed or a motion to dismiss the action based on collateral estoppel.

**SO ORDERED.**     Signed: July 15, 2015

David S. Cayer
United States Magistrate Judge