IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:14-CV-00058-RLV-DSC

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EXELA PHARMA SCIENCES, LLC,<br>EXELA PHARMSCI, INC., and<br>EXELA HOLDINGS, INC.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Lift Stay" (document #99) and the parties' briefs and exhibits. For the reasons stated in Plaintiff's "Brief in Opposition …" (document #102), the Motion is **DENIED**.

**SO ORDERED.**

Signed: February 29, 2016

David S. Cayer
United States Magistrate Judge