# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 5:14-CV-00058-RLV-DSC

| | |
|---|---|
| THE MEDICINES COMPANY, | |
| Plaintiff, | |
| v. | **ORDER** |
| EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., | |
| Defendants. | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Lift … Stay and Compel Discovery" (document #105) and the parties' briefs and exhibits. For the reasons stated in Defendant's "Memorandum in Opposition …" (document #111), the Motion is **DENIED**.

**SO ORDERED.**

Signed: September 29, 2016

David S. Cayer
United States Magistrate Judge