UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE MEDICINES COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| EXELA PHARMA SCIENCES, LLC; | ) C.A. No. 5:14-cv-00058-RJC-DSC |
| EXELA PHARMSCI, INC.; and | ) |
| EXELA HOLDINGS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Medicines Company and Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc. and Exela Holdings, Inc. hereby stipulate to dismissal with prejudice of all claims, counterclaims and defenses. Each party shall bear its own fees and costs.

This 23rd day of March, 2018.

By: /s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
**Parker Poe Adams & Bernstein LLP**
Christopher M. Thomas
N.C. State Bar No. 31834
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 828-0564 (telephone)
(919) 834-4564 (facsimile)
melaniedubis@parkerpoe.com
christhomas@parkerpoe.com

William Lawrence Rikard, Jr.
**Parker Poe Adams & Bernstein** LLP
Three Wachovia Center

By: /s/ Rodrick J. Enns
Rodrick J. Enns, N.C. Bar No. 12151
**Enns & Archer LLP**
939 Burke Street
Winston-Salem, NC 27101
(336) 723-5180
(336) 723-5181 fax
renns@ennsandarcher.com

Jeffrey S. Ward
Shane A. Brunner
**MERCHANT & GOULD P.C.**
10 East Doty Street, Suite 600
Madison, WI 53703
(T) 608-280-6750
(F) 612-332-9081

1

401 South Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 335-9011 (telephone)
(704) 334-4706 (facsimile)
williamrikard@parkerpoe.com

Edgar H. Haug
Porter F. Fleming
**Haug Partners LLP**
745 Fifth Avenue
New York, New York 10151
(212) 588-0800 (telephone)
(212) 588-0500 (facsimile)
ehaug@haugpartners.com
pfleming@haugpartners.com

*Counsel for Plaintiff THE MEDICINES COMPANY*

jward@merchantgould.com
sbrunner@merchantgould.com

C. Edward Polk, Jr.
epolk@polklawpllc.com
**POLK LAW PLLC**
22600 Scattersville Gap Terrace
Ashburn, Virginia 20148
703-989-5397 (telephone)

Satish Chintapalli
N.C. State Bar No.: 42218
**CHINTAPALLI LAW FIRM PLLC**
201 Shannon Oaks Circle
Suite 200
Cary, NC 27511
919-228-4475 (telephone)
888-316-9071 (facsimile)
satish@pclawpllc.com

*Counsel for Defendants EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing STIPULATED DISMISSAL was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send notice to the following:

Rodrick J. Enns,
**Enns & Archer LLP**
939 Burke Street
Winston-Salem, NC 27101
renns@ennsandarcher.com

Jeffrey S. Ward
Shane A. Brunner
**MERCHANT & GOULD P.C.**
10 East Doty Street, Suite 600
Madison, WI 53703
jward@merchantgould.com
sbrunner@merchantgould.com

C. Edward Polk, Jr.
**POLK LAW PLLC**
22600 Scattersville Gap Terrace
Ashburn, Virginia 20148
epolk@polklawpllc.com

Satish Chintapalli
**CHINTAPALLI LAW FIRM PLLC**
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
satish@pclawpllc.com

This 23rd day of March, 2018.

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
**Parker Poe Adams & Bernstein LLP**
Christopher M. Thomas
N.C. State Bar No. 31834
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 828-0564 (telephone)
(919) 834-4564 (facsimile)
melaniedubis@parkerpoe.com
christhomas@parkerpoe.com